IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00500-RBJ

DEBRA KURTZ, individually, and as a representative of a Class of Participants and Beneficiaries, on Behalf of the Vail Resorts 401(k) Retirement Plan,

    Plaintiff,

v.

THE VAIL CORPORATION,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER [ECF No. 70] of Judge R. Brooke Jackson entered on January 6, 2021, it is

ORDERED that the defendant's Motion to Dismiss [ECF No. 34] is GRANTED and the case is dismissed with prejudice. It is

FURTHER ORDERED that judgment is entered in favor of the defendant and against the plaintiff.  It is

FURTHER ORDERED that the defendant is awarded its reasonable costs to be taxed by the Clerk of Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 6th day of January, 2021.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ J. Dynes

J. Dynes
Deputy Clerk